Wellington Park Pointe LLC                              09-21610

## SCHEDULES I AND J

      Notwithstanding that Schedules I and J appear to be applicable to individual debtors rather than corporate debtors, attached hereto is Wellington Park Pointe LLC's summary of estimated monthly post petition income and expenses. The expenses will be detailed further in Wellington Park Pointe LLC's Motion for DIP Financing.

451888v1

**B6I (Official Form 6I) (12/07)**

In re Wellington Park Pointe LLC          ,          Case No. 09-21610
         **Debtor**                                                                     (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |
| **Employment:** | DEBTOR | SPOUSE |
| Occupation | | |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 0 | $ |
| 2. Estimate monthly overtime | $ 0 | $ |
| 3. SUBTOTAL | $ 0 | $ |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes and social security | $ 0 | $ |
|    b. Insurance | $ 0 | $ |
|    c. Union dues | $ 0 | $ |
|    d. Other (Specify): _____ | $ 0 | $ |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0 | $ |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0 | $ |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0 | $ |
| 8. Income from real property | $ 0 | $ |
| 9. Interest and dividends | $ 0 | $ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0 | $ |
| 11. Social security or government assistance (Specify):_____ | $ 0 | $ |
| 12. Pension or retirement income | $ 0 | $ |
| 13. Other monthly income (Specify):_____ | $ 0 | $ |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 0 | $ |
| 15. AVERAGE MONTHLY INCOME (Add amounts on lines 6 and 14) | $ 0 | $ |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 0 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

_____

_____

B6J (Official Form 6J) (12/07)

In re **Wellington Park Pointe LLC**, Case No. **09-21610**
Debtor (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

1. Rent or home mortgage payment (include lot rented for mobile home) $ 0
   a. Are real estate taxes included? Yes ____ No ____
   b. Is property insurance included? Yes ____ No ____
2. Utilities: a. Electricity and heating fuel $ 0
   b. Water and sewer $ 0
   c. Telephone $ 0
   d. Other ____ $ 0
3. Home maintenance (repairs and upkeep) $ 0
4. Food $ 0
5. Clothing $ 0
6. Laundry and dry cleaning $ 0
7. Medical and dental expenses $ 0
8. Transportation (not including car payments) $ 0
9. Recreation, clubs and entertainment, newspapers, magazines, etc. $ 0
10. Charitable contributions $ ____
11. Insurance (not deducted from wages or included in home mortgage payments)
    a. Homeowner's or renter's $ 0
    b. Life $ 0
    c. Health $ 0
    d. Auto $ 0
    e. Other **Commercial General Liability/Excess Umbrella** $ 90.92
12. Taxes (not deducted from wages or included in home mortgage payments)
    (Specify) **Real Estate Property Taxes** $ 4787.83
13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan)
    a. Auto $ 0
    b. Other ____ $ 0
    c. Other ____ $ 0
14. Alimony, maintenance, and support paid to others $ 0
15. Payments for support of additional dependents not living at your home $ 0
16. Regular expenses from operation of business, profession, or farm (attach detailed statement) $ 96,239.00
17. Other ____ $ 0
18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ 101,117.75
19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
    Professional fees associated with reorganization should decrease and eventually be eliminated.

20. STATEMENT OF MONTHLY NET INCOME
    a. Average monthly income from Line 15 of Schedule I $ 0
    b. Average monthly expenses from Line 18 above $ 101,117.75
    c. Monthly net income (a. minus b.) $ -101,117.75

## WELLINGTON PARK POINTE LLC

## ESTIMATED MONTHLY BUSINESS EXPENSES: 12/1/2009-5/31/2010

| EXPENSE | DESCRIPTION | MONTHLY AVERAGE |
|---|---|---|
| Property Manager, Ronald Slater | Monthly Salary and Business Expenses for Management of Property | $8,500.00 |
| Expenses Associated With Property Development | This total includes the Debtor's estimate of professional fees and expenses required to complete and negotiate a Preliminary Plat, Master Site Plan, and Development Agreement with the City of Issaquah | $51,906.00 |
| Expenses Associated with Chapter 11 Reorganization | This total includes the Debtor's estimate of professional fees and expenses required to complete the Debtor's reorganization under Chapter 11 | $35,833.00 |
| TOTAL | | $96,239.00 |
| | | |
| | | |
| | | |

451872v1