Filed without signature to expedite; signature to follow 12/4/2009

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of Washington

In re  Wellington Park Pointe LLC, a Washington limited liability company        Case No.  09-21610
                                                      Debtor(s)                  Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| City of Issaquah<br>PO Box 1307<br>Issaquah, WA 98027 | City of Issaquah<br>PO Box 1307<br>Issaquah, WA 98027 | Storm Water Services | | 360.48 |
| Fikso Kretschmer Smith Dixon<br>2025 First Ave Ste 1130<br>Seattle, WA 98121-2100 | Fikso Kretschmer Smith Dixon<br>2025 First Ave Ste 1130<br>Seattle, WA 98121-2100 | Services Rendered | | 168.00 |
| First Wellington Crown Corp.<br>9440 W. Sahara Ave Ste 240<br>Las Vegas, NV 89117 | First Wellington Crown Corp.<br>9440 W. Sahara Ave Ste 240<br>Las Vegas, NV 89117 | Manager of Debtor that has advanced funds to pay obligations of Debtor, which payments are reflected as a loan to Debtor | | 856,679.94 |
| Golder Associates<br>18300 NE Union Hill Road Ste. 200<br>Redmond, WA 98052 | Golder Associates<br>18300 NE Union Hill Road Ste. 200<br>Redmond, WA 98052 | Services Rendered | | 29,399.92 |
| International Property Syndications Ltd.<br>9440 W Sahara Ave Ste 240<br>Las Vegas, NV 89117 | International Property Syndications Ltd.<br>9440 W Sahara Ave<br>Las Vegas, NV 89117 | Affiliate of Debtor that has advanced funds to pay obligations of Debtor, which payments are reflected as a loan to Debtor | | 853,231.06 |
| King County Treasurer<br>500 4th Ave #600<br>Seattle, WA 98140-2340 | King County Treasurer<br>500 4th Ave #600<br>Seattle, WA 98140-2340 | Property Taxes | | 57,454.70 |
| McCullough Hills PS<br>701 Fifth Ave Suite 7220<br>Seattle, WA 98104-7042 | McCullough Hills PS<br>701 Fifth Ave Suite 7220<br>Seattle, WA 98104-7042 | Services Rendered | | 10,220.50 |
| Pacific Engineering Design LLC<br>15445 53rd Ave South Ste 100<br>Seattle, WA 98188 | Pacific Engineering Design LLC<br>15445 53rd Ave South Ste 100<br>Seattle, WA 98188 | Services Rendered | | 65,090.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  Wellington Park Pointe LLC, a Washington limited liability company

Case No. 09-21610

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Parametrix<br>1002 15th St SW, Ste 220<br>Auburn, WA 98001 | Parametrix<br>1002 15th St SW, Ste 220<br>Auburn, WA 98001 | Services Rendered | Unliquidated | Unknown |
| The Hartford<br>PO Box 2907<br>Hartford, CT 06104-2907 | The Hartford<br>PO Box 2907<br>Hartford, CT 06104-2907 | Services Rendered | | 809.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President, Treasurer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  December 3, 2009          Signature  _____
                                           **Marc Berzins**
                                           **President, Treasurer**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.