Diana K. Carey, WSBA #16239
Michael M. Feinberg, WSBA #11811
Karr Tuttle Campbell
1201 Third Ave., Suite 2900
Seattle, WA 98101
Telephone: (206) 224-8888
Fax: (206) 682-7100

Attorneys for Regal Financial Bank

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In Re: )
) NO. 09-21610-KAO
WELLINGTON PARK POINTE LLC, )
) DECLARATION OF CHARYL D.
Debtor. ) AXELSEN
———————————————— )

Charyl D. Axelsen states under penalty of perjury under the laws of the United States as follows:

1. I am a word processor employed by Karr Tuttle Campbell. All statements in this declaration are based on my personal knowledge.

2. Attached hereto is a true and correct copy of a portion of § 341 meeting that was held in this case on December 8, 2009 that I transcribed from a compact disc provided by the United States Trustee's Office. The transcription is of the material between 7:24 and 8:25 on the disc.

Law Offices
KARR TUTTLE CAMPBELL
A Professional Service Corporation
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

Dated:  December 15, 2009, in Seattle, Washington.


_____
Charyl D. Axelsen

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

Transcript – 341 Hearing - Wellington Park Pointe

December 8, 2009

From starting point 7:24 through 8:25.

| | |
|---|---|
| Voice 1<br><br>(Thomas Buford, UST) | Sounds like, _____ sounds like it's been years to this point, is that correct? |
| Voice 2<br><br>(Debtor's Rep, Ronald Slater) | Well, it's been a long time and it started probably 10 years ago. |
| Voice 1 | Would you say now you're close to the end but is that, I mean is it six months before you can start doing the development work of everything went according to plan? |
| Voice 2 - Slater | It's a little longer than that.  You have to take into advantage, or not advantage, but take into consideration it's the winter season. Development if _____ occurred, could occur, oh all the approval of the plat, etc. we could have, I mean depending on how the negotiations went with the city acquiring all or part of the _____, if they acquired it all they're a part, that's one thing, if we develop that's another.  But on the development scenario _____ Park, **we could have, probably have all our approvals within the next, you know, 12 to 18 months. (emphasis added)** |
| Voice 1 | Okay, so is it, this isn't a project for a start date 2010, _____ _____ **were to develop, it would be more 2011.**   (emphasis added)    Is that correct? |
| Voice 2 - Slater | **That's correct, yes.  . . .** |

- 1 -