KAREN A. OVERSTREET
Bankruptcy Judge
700 Stewart Street, Rm. 7216
Seattle, WA  98101-1271
(206) 370-5330
 facsimile
(206) 370-5335

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re<br><br>Wellington Park Pointe LLC,<br><br>        Debtor(s) | Chapter 11<br><br><br>Bankruptcy No. 09-21610<br><br><br><br>**ORDER SETTING EVIDENTIARY<br>HEARING AND DEADLINES** |

    1.   <u>Evidentiary Hearing</u>:  The evidentiary hearing on value of property has been scheduled for **January 21, 2010**, at 9:30 o'clock a.m., in Room 7206, US Courthouse, 700 Stewart Street, Seattle, Washington.

2. **Pretrial Order**:  Counsel shall comply with Local Bankruptcy Rule 7016(b) in the filing of a proposed pretrial order.  The pretrial order is due by **January 14, 2010. If you fail to file the pretrial order by this date, the trial will be stricken.**

3. **Appraisal Reports**: The debtor, Wellington Park Pointe, LLC shall file their appraisal report on or before **January 15, 2010** and the report of any other expert is due by **January 8, 2010**.

4. **Trial Briefs**:  Plaintiff's trial brief shall be served and filed ten (10) days prior to trial and defendant's trial brief shall be served and filed five (5) days prior to trial.  At plaintiff's option, plaintiff may serve and file a reply brief two (2) days prior to trial.

5. **Exhibits**:  To facilitate identification of exhibits for trial, parties intending to offer 10 or more exhibits at trial shall submit them to chambers by noon two (2) court days prior to trial, unless other arrangements are made in advance with Phyllis Jones (206-370-5331), Judge Overstreet's Courtroom Deputy. Parties offering fewer than 10 exhibits may submit them an hour before trial.

6. <u>Compliance</u>:  The trial may be stricken without further notice for failure to comply with the above procedures.

///**END OF ORDER**///

*Karen A. Overstreet*
United States Bankruptcy Judge
(Dated as of Entered on Docket date above)

cc: Neal L. Wolf
    Christine M. Tobin
    Michael M. Feinberg
    Diana K. Carey