HONORABLE KAREN A. OVERSTREET

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re

WELLINGTON PARK POINTE LLC,

        Debtor.

No. 09-21610

EX PARTE MOTION FOR ORDER SHORTENING TIME FOR HEARING ON MOTION TO AMEND JOINT PRETRIAL ORDER

    Wellington Park Pointe, LLC ("Debtor"), debtor-in-possession herein, moves the Court for an order shortening the time for hearing on its Motion to Amend Joint Pretrial Order.

    The parties submitted their Joint Pretrial Order on January 14, 2010 ("Pretrial Order"). On Monday, January 18, 2010, the Debtor has requested that Regal Financial Bank agree to amend one statement in the Admitted Facts section of the Pretrial Order and also to add two fact witnesses to rebut expert reports filed by the Debtor on January 15, 2010 and January 16, 2010 as the Debtor had expressly reserved the right to do in the Pretrial Order and to clarify that the Debtor intends to examine one of Regal's fact witnesses on matters that may exceed the scope of his direct examination.

    The evidentiary hearing relating to the Pretrial Order is scheduled for Thursday, January 21,

///

EX PARTE MOTION FOR ORDER SHORTENING TIME FOR
HEARING ON MOTION TO AMEND JOINT PRETRIAL ORDER
– Page 1

BUSH STROUT & KORNFELD
LAW OFFICES
5000 Two Union Square
601 Union Street
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

1  2010. Thus, the Debtor respectfully requests that the Court shorten the time for hearing on this matter

2  to the time of the evidentiary hearing.

3  DATED this 19th day of January, 2010.

4  BUSH STROUT & KORNFELD

6  By   /s/ Christine M. Tobin
   Christine M. Tobin, WSBA #27628
7  Attorneys for Wellington Park Pointe, LLC

EX PARTE MOTION FOR ORDER SHORTENING TIME FOR
HEARING ON MOTION TO AMEND JOINT PRETRIAL ORDER
– Page 2

Bush Strout & Kornfeld
LAW OFFICES
5000 Two Union Square
601 Union Street
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104