The Honorable Karen A. Overstreet
Chapter 11

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In Re: )
) NO. 09-21610-KAO
WELLINGTON PARK POINTE LLC, )
) ORDER SHORTENING TIME
          Debtor. )
_____ )

This matter came before the court *ex-parte* on the motion of Regal Financial Bank ("Regal"), for an order shortening the time for hearing on Regal's presentation of Amended Pre-Trial Order. The court finding good cause, it is:

ORDERED as follows:

1.     The motion is granted and the hearing on Regal's presentation of Amended Pre-Trial Order is set for hearing on February 12, 2010, at 9:30 am.

2.     Responses to the Amended Pretrial Order are due at or before the hearing.

///

ORDER SHORTENING TIME - 1
#740046 v1 / 32389-004

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

| | |
|---|---|
| 1 | |
| 2 | DATED this ____ day of February, 2010. |
| 3 | |

*Karen A. Overstreet*
United States Bankruptcy Judge
(Dated as of Entered on Docket date above)

Presented by:

/s/ Michael M. Feinberg
Michael M. Feinberg, WSBA #11811
Of Karr Tuttle Campbell
Attorneys for Regal Financial Bank

ORDER SHORTENING TIME - 2
#740046 v1 / 32389-004

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100