HONORABLE KAREN OVERSTREET

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re

WELLINGTON PARK POINTE LLC

Debtor and
Debtor-In-Possession.

No. 09-21610

NOTICE OF WITHDRAWAL OF DEBTOR'S MOTION FOR ORDER AUTHORIZING THE DEBTOR-IN-POSSESSION TO ENTER INTO A POST-PETITION FINANCING AGREEMENT

**NOTICE OF WITHDRAWAL OF DEBTOR'S MOTION FOR ORDER AUTHORIZING THE DEBTOR-IN-POSSESSION TO ENTER INTO A POST-PETITION FINANCING AGREEMENT**

PLEASE TAKE NOTICE that the undersigned hereby withdraws the MOTION FOR ORDER AUTHORIZING THE DEBTOR-IN-POSSESSION TO ENTER INTO A POST-PETITION FINANCING  AGREEMENT(docket number 110), which was filed in the United States Bankruptcy Court for the Western District of Washington on January 19, 2010.

DATED: March 4, 2010

BUTLER RUBIN SALTARELLI & BOYD LLP


By____/s/ Neal L. Wolf_____
Attorney for Wellington Park Pointe LLC
Neal L. Wolf (ARDC # **6186361**)
Butler Rubin Saltarelli & Boyd LLP
70 West Madison, Suite 1800
Chicago, Illinois 60602