HONORABLE KAREN OVERSTREET

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re

WELLINGTON PARK POINTE LLC

Debtor and
Debtor-In-Possession.

No. 09-21610

NOTICE OF WITHDRAWAL OF DEBTOR'S CHAPTER 11 PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT

**NOTICE OF WITHDRAWAL OF DEBTOR'S CHAPTER 11 PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT**

PLEASE TAKE NOTICE that the undersigned hereby withdraws DEBTOR'S CHAPTER 11 PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE (docket number 148) and DISCLOSURE STATEMENT FOR CHAPTER 11 PLAN OF REORGANIZATION FILED BY THE DEBTOR (docket number 149), which were filed in the United States Bankruptcy Court for the Western District of Washington on February 17, 2010.

DATED: March 4, 2010

BUTLER RUBIN SALTARELLI & BOYD LLP

By     /s/ Neal L. Wolf
Attorney for Wellington Park Pointe LLC
Neal L. Wolf (ARDC # **6186361**)
Butler Rubin Saltarelli & Boyd LLP
70 West Madison, Suite 1800
Chicago, Illinois 60602