## Declaration of Service

**Neal L. Wolf** declares as follows:

That on the 4th day of March, 2010, I caused to be electronically filed the **MOTION FOR ORDER AUTHORIZING THE DEBTOR-IN-POSSESSION TO ENTER INTO A POST-PETITION FINANCING AGREEMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following persons:

**ECF RECIPIENTS:**

- Michael J Bond     mbond@gardnerbond.com, clee@gardnerbond.com
- Karen M Borg     kborg@butlerrubin.com
- Thomas A Buford     Thomas.A.Buford@usdoj.gov,  Young-Mi.Petteys@usdoj.gov;Tara.Maurer@usdoj.gov; Martha.A.VanDraanen@usdoj.gov
- Diana K. Carey     dcarey@karrtuttle.com, mhernandez@karrtuttle.com;mmunhall@karrtuttle.com;danderson@karrtuttle.com
- Michael M. Feinberg     mfeinberg@karrtuttle.com, rmoreau@karrtuttle.com;danderson@karrtuttle.com
- Richard J Hyatt     hyatt@ryanlaw.com
- Kevin J O'Brien     kobrien@butlerrubin.com
- Cheryl Tama Oblander     ctama@butlerrubin.com
- Christine M Tobin     ctobin@bskd.com, chartung@bskd.com;psutton@bskd.com;vbraxton@bskd.com;mbeck@bskd.com
- United States Trustee     USTPRegion18.SE.ECF@usdoj.gov
- Neal L Wolf     nwolf@butlerrubin.com, lspencer@butlerrubin.com

I declare under penalty of perjury under the laws of the state of Washington that the foregoing Proof of Service is true and correct.

DATED at Chicago, Illinois, this 4TH day of March, 2010.

/s/ Neal L. Wolf
Neal L. Wolf (ARDC # **6186361**)
Butler Rubin Saltarelli & Boyd LLP
70 West Madison, Suite 1800
Chicago, Illinois 60602

453251v1