HONORABLE KAREN A. OVERSTREET

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re

WELLINGTON PARK POINTE LLC,

Debtor.

No. 09-21610

ORDER OF DISMISSAL

**CLERK'S ACTION REQUIRED**

For the reasons stated on the record at hearing on March 5, 2010, the Court ORDERS AS FOLLOWS:

1. This Chapter 11 case is DISMISSED.

DATED this _____ day of March, 2010.

_____
KAREN A. OVERSTREET
United States Bankruptcy Judge
(Dated as of Entered on Docket date above)

Presented by:

BUSH STROUT & KORNFELD

By  /s/ Christine M. Tobin-Presser
 Christine M. Tobin-Presser, WSBA #27628
Attorneys for Debtor

ORDER OF DISMISSAL – Page 1

BUSH STROUT & KORNFELD
LAW OFFICES
5000 Two Union Square
601 Union Street
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

1722 29001 vc050801